IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRITTON, ) | No. C 13-03222 EJD (PR) |
| ) Plaintiff, ) | ORDER OF TRANSFER |
| v. ) | |
| DR. CHEN HO, ) | |
| ) Defendant. ) | |

Plaintiff, a state prisoner proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983 against Dr. Chen Ho for deliberate indifference to medical needs while Plaintiff was incarcerated at Pleasant Valley State Prison. Because the acts complained of occurred in Fresno County, which lies within the venue of the Eastern District of California, venue properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. See 28 U.S. C. § 1406(a). The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

DATED: 11/12/2013

EDWARD J. DAVILA
United States District Judge

Order of Transfer
G:\PRO-SE\EJD\CR.13\03222Britton_transfer.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE BRITTON,

        Plaintiff,

  v.

DR. CHEN HO,

        Defendant.

Case Number: CV13-03222 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/13/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

George Britton G 01181
San Quentin State Prison
San Quentin, CA 94974

Dated: 11/13/2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk